# Court of Appeals
# of the State of Georgia

ATLANTA,_ May 13, 2025_____

*The Court of Appeals hereby passes the following order:*

**A25E0116. MYREE v. THOMPSON.**

Upon consideration of the applicant's motion for extension of time in which to file a discretionary application, said motion is HEREBY DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_05/13/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*